JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
ELI BROWN and AMERICAN
TECHNOLOGIES NETWORKS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE HERNANDEZ-GUTIERREZ, an individual, and SANDRA RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI BROWN, an individual, and AMERICAN TECHNOLOGIES NETWORKS, INC., a foreign Corporation, and HERTZ VEHICLES, LLC, a foreign Corporation, and DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: |

## STATEMENT CONCERNING REMOVAL (DIVERSITY JURISDICTION)

Pursuant to 28 U.S.C.§ 1441 (b), Defendants ELI BROWN and AMERICAN TECHNOLOGIES NETWORKS, INC. ("Removing Defendants"), by and through their counsel of record, Josh Cole Aicklen, Esq., and David B. Avakian, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, file this Statement Concerning Removal of Clark County District Court Case No. A-16-748322-C, styled Jose Hernandez-Gutierrez and Sandra Ramirez V. Eli Brown, American Technologies Networks, Inc., and Hertz

4813-5127-3284.1

Vehicles, LLC, and states as follows:

1. On December 19, 2016, an action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada, entitled Jose Hernandez-Gutierrez and Sandra Ramirez v. Eli Brown, American Technologies Networks, Inc., and Hertz Vehicles, LLC, ("State Court Action"). On January 18, 2017, Plaintiffs filed an Amended Complaint in the State Court Action. Copies of the Amended Complaint ("State Court Complaint") and Amended Summons are attached hereto and marked respectively as **Exhibits A and B**, constituting all of the papers and pleadings served on Removing Defendants.

2. On February 17, 2017, Plaintiffs served the Amended Summons and State Court Complaint on Removing Defendants.

3. Plaintiffs JOSE HERNANDEZ-GUTIERREZ and SANDRA RAMIREZ are citizens of Nevada. No properly named Defendant is a citizen of Nevada. Defendant ELI BROWN is, and was at the time this action commenced, a citizen of California. Defendant AMERICAN TECHNOLOGIES NETWORKS, INC. is, and was at the time this action commenced, a foreign corporation with its principal place of business in California. Defendant HERTZ VEHICLES, LLC is, and was at the time this action commenced, a foreign corporation with its principal place of business in Florida.

4. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants ELI BROWN and AMERICAN TECHNOLOGIES NETWORKS, INC. pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. Venue is appropriate in the Southern District of the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§1393(b)(2) and (c), §1441(a); and LR IA6-1.

6. Plaintiff JOSE HERNANDEZ-GUTIERREZ issued a pre-litigation settlement demand in the amount of $200,000.00 on September 12, 2016 with ongoing medical

treatment. Plaintiff SANDRA RAMIREZ issued a pre-litigation demand in the amount of $150,000.00 on September 12, 2016, and alleges ongoing medical treatment. Accordingly, I am informed and believe that the amount in controversy in this case exceeds $75,000.00, exclusive of interests and costs.

8. Removing Defendants filed their Notice of Removal less than thirty (30) days after receipt of service of Plaintiffs' Amended Summons and Amended Complaint.

9. This action was not commenced in State Court more than one year before removal to this court.

10. Defendant HERTZ VEHICLES, LLC has consented to the removal of the State Court Action.

DATED this 9th day of March, 2017.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants ELI BROWN and AMERICAN TECHNOLOGIES NETWORKS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2017, a true and correct copy of the STATEMENT CONCERNING REMOVAL (DIVERSITY JURISDICTION) was served electronically through the Court's Electronic Service system and addressed as follows:

| | |
|---|---|
| Jorge G. Corral, Esq.<br>SOUTHWEST LEGAL GROUP<br>2950 E. Flamingo Road, Suite 1<br>Las Vegas, NV 89121<br>T:702-366-1966<br>F:702-366-1968<br>Attorney for Plaintiffs JOSE HERNANDEZ-GUTIERREZ and SANDRA RAMIREZ | Shayne L. Wulterin, Esq.<br>Marc C. Naron, Esq.<br>Jennifer N. Taylor, Esq.<br>Renee E. Jensen, Esq.<br>FORD, WALKER, HAGGERTY & BEHAR<br>8215 S. Eastern Avenue, Suite 225<br>Las Vegas, NV 89123<br>T: 702-724-2699<br>F: 702-912-1352<br>Attorneys for Defendant HERTZ VEHICLES, LLC |

By /s/ Susan Kingsbury
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4813-5127-3284.1

4