**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE HERNANDEZ-GUTIERREZ, an individual, and SANDRA RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI BROWN, an individual, and AMERICAN TECHNOLOGIES NETWORKS, INC., a foreign Corporation, and HERTZ VEHICLES, LLC., a foreign Corporation, and DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00697-RFB-PAL<br><br>**STIPULATION AND ORDER REGARDING THE TOTAL VALUE OF DAMAGES** |

**IT IS HERBY STIPULATED AND AGREED**, by Plaintiffs and Defendants, by and through their undersigned counsel of record, that regardless of the total value of damages argued for or awarded to the Plaintiffs, the general damages in this action will not exceed the amount of seventy-five thousand dollars and zero cents ($75,000) per Plaintiff, excluding attorney fees, statutory costs, pre-judgment and post-judgment interest, if any.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiffs, through their counsel of record, retain the right to argue for an award of damages to the trier of fact, whether by jury, judge, arbitrator or mediator, in an amount that exceeds the amount of seventy-five thousand dollars and zero cents ($75,000) per Plaintiff, despite the above-referenced cap of seventy-five thousand dollars and zero cents ($75,000) per Plaintiff.

/ / /

1

**IT IS FURTHER STIPULATED AND AGREED**, that the content and subject matter of this Stipulation will not be disclosed to the trier of fact, whether by jury, arbitrator or mediator.

**IT IS FURTHER STIPULATED AND AGREED**, that discovery will not re-open, including experts.

**IT IS FURTHER STIPULATED AND AGREED** that trial will not be scheduled until July 2018, or sometime thereafter.

**IT IS FURTHER STIPULATED AND AGREED**, that the parties will schedule Mediation with a mutable agreeable mediator in March or April 2018.

**IT IS FURTHER STIPULATED AND AGREED**, that the Plaintiffs' general damages are capped at $75,000, per Plaintiff regardless of jury verdict, if applicable (this provision does not limit Plaintiffs' argument for damages at trial).

**IT IS FURTHER STIPULATED AND AGREED** that no additional medical opinions regarding past or future medical damages than what is already in the records (meaning no increase in past or present specials at trial).

**IT IS FURTHER STIPULATED AND AGREED**, that the parties will execute a Stipulation containing the same provisions herein to be executed by the Eighth Judicial District Judge who is assigned to this action.

DATED this _____ day of February, 2018.          DATED this _____ day of February, 2018.

LEWIS BRISBOIS BISGAARD & SMITH          LADAH LAW FIRM

*/s/: David B. Avakian*                                      */s/: Ramzy P. Ladah*
_____          _____
JOSH COLE AICKLEN, ESQ.                          RAMZY PAUL LADAH, ESQ.
Nevada Bar 7254                                           Nevada Bar NO. 11405
DAVID B. AVAKIAN, ESQ.                           ANTHONY L. ASHBY, ESQ.
Nevada Bar 9502                                           Nevada Bar No. 4911
AMBER WHITE-DAVIDSON, ESQ.          517 S. Third Street
Nevada Bar 11739                                         Las Vegas, NV  89101
6385 S. Rainbow Blvd, Ste 600                    Attorneys for Plaintiffs
Las Vegas, NV  89118
Attorneys for Defendants

/ / /

/ / /

## **ORDER**

IT IS SO ORDERED this $\underline{14\text{th}}$ day of February, 2018.



RICHARD F. BOULWARE, II
United States District Court

IT IS FURTHER ORDERED that [27] Stipulation re: Damages is denied as moot.