**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE HERNANDEZ-GUTIERREZ, an individual, and SANDRA RAMIREZ, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ELI BROWN, an individual, and AMERICAN TECHNOLOGIES NETWORKS, INC., a foreign Corporation, and HERTZ VEHICLES, LLC., a foreign Corporation, and DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                    Defendants. | Case No.:   2:17-cv-00697-RFB-PAL<br><br>**STIPULATION AND ORDER TO REMAND** |

**IT IS HERBY STIPULATED AND AGREED**, by Plaintiffs and Defendants, by and through their undersigned counsel of record, that this action be remanded to the Eighth Judicial District Judge who is assigned to this action.

DATED this 9th day of March, 2018.               DATED this 9th day of March, 2018.

LEWIS BRISBOIS BISGAARD & SMITH               LADAH LAW FIRM

/s/: David B. Avakian                                              /s/: Ramzy P. Ladah
_____               _____
JOSH COLE AICKLEN, ESQ.                             RAMZY PAUL LADAH, ESQ.
Nevada Bar 7254                                                    Nevada Bar NO. 11405
DAVID B. AVAKIAN, ESQ.                               ANTHONY L. ASHBY, ESQ.
Nevada Bar 9502                                                    Nevada Bar No. 4911
AMBER WHITE-DAVIDSON, ESQ.                 517 S. Third Street
Nevada Bar 11739                                                  Las Vegas, NV  89101
6385 S. Rainbow Blvd, Ste 600                           Attorneys for Plaintiffs
Las Vegas, NV  89118
Attorneys for Defendants

## ORDER

IT IS SO ORDERED this _____ day of March, 2018.

_____
**U.S. DISTRICT COURT JUDGE**