**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE HERNANDEZ-GUTIERREZ, an individual, and SANDRA RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI BROWN, an individual, and AMERICAN TECHNOLOGIES NETWORKS, INC., a foreign Corporation, and HERTZ VEHICLES, LLC., a foreign Corporation, and DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-00697-RFB-PAL<br><br>**STIPULATION AND ORDER TO REMAND** |

**IT IS HERBY STIPULATED AND AGREED**, by Plaintiffs and Defendants, by and through their undersigned counsel of record, that this action be remanded to the Eighth Judicial District Judge who is assigned to this action.

DATED this 9th day of March, 2018.                  DATED this 9th day of March, 2018.

LEWIS BRISBOIS BISGAARD & SMITH          LADAH LAW FIRM

*/s/: David B. Avakian*                                      */s/: Ramzy P. Ladah*
_____        _____
JOSH COLE AICKLEN, ESQ.                          RAMZY PAUL LADAH, ESQ.
Nevada Bar 7254                                              Nevada Bar NO. 11405
DAVID B. AVAKIAN, ESQ.                             ANTHONY L. ASHBY, ESQ.
Nevada Bar 9502                                              Nevada Bar No. 4911
AMBER WHITE-DAVIDSON, ESQ.                517 S. Third Street
Nevada Bar 11739                                            Las Vegas, NV  89101
6385 S. Rainbow Blvd, Ste 600                        Attorneys for Plaintiffs
Las Vegas, NV  89118
Attorneys for Defendants

# **ORDER**

IT IS SO ORDERED this 13th day of March, 2018.



_____
RICHARD F. BOULWARE, II
United States District Court